# Court of Appeals
# of the State of Georgia

ATLANTA,____April 14, 2015_____

*The Court of Appeals hereby passes the following order:*

**A15A0959. STEPHAN BASS v. FORD MOTOR CREDIT.**

The above appeal was docketed in this Court on January 22, 2015. Appellant's brief and enumeration of errors were due to be filed no later than February 11, 2015. Appellant has neither filed a brief and enumeration of errors nor requested an extension of time in which to do so.

Accordingly, this appeal is DISMISSED. See Court of Appeals of Georgia Rules 22 (a) and 23 (a).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____04/14/2015_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*